## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **BELINDA RICHARD** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No.  3:23-cv-00062** |
| | § | |
| | § | |
| **RICK HOLTZ** | § | |
| **Defendant** | § | |

### PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

### PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

Plaintiff BELINDA RICHARD files her suit against Defendant RICK HOLTZ and for causes of action would respectfully show that:

### I.    PRELIMINARY STATEMENT

1. Plaintiff brings this civil action for breach of contract, or in the alternative quantum meruit and fraud in the inducement, to recover actual damages in the form of contract wages and out-of-pocket expenses incurred as a result of the Plaintiff performing or substantially performing her end of the contract, attorney's fees, costs of court, and any other remedy available under principles of equity to which the Plaintiff may be entitled to.

### II.    PARTIES

2. Plaintiff Belinda Richard is an individual residing in Texas.

3. Defendant Rick Holtz is an individual who has answered and appeared and is before the Court.

### III.    JURISDICTION

4.  Jurisdiction is proper in this court pursuant to 28 U.S.C § 1332 (diversity jurisdiction).

5.   Venue is proper in the Southern District of Texas, Galveston Division because

Defendant chose this Honorable Court by removing this action from the District Courts

of Galveston County, Texas.

### IV.    FACTS

6.   On March 25, 2022, Plaintiff and Defendant entered into a Vessel Delivery Agreement

in which Plaintiff agreed to transport Defendant's vessel, named "Let's Dance" from

Clear Lake/Galveston Bay area of Texas to Isla Mujeres, Mexico for compensation at the

rate of $500 per day plus expenses for the Captain (Plaintiff) and $250 per day plus

expenses for the First Mate, Engineer or Deckhand. A signed copy of which is attached

as **Exhibit A**.

7.   With authorization and direction and at the specific request of Defendant, Plaintiff

purchased parts for the vessel and installed and/or supervised the installation of said parts

onto the vessel, for which she paid upfront and was to be reimbursed. Expenses were

approved by owner prior to parts being installed.

8.   Plaintiff transported the vessel from Clear Lake Texas to Isla Mujeres, Mexico,

performed and/or supervised the authorized work, and delivered said vessel as agreed by

the parties.

9.   Plaintiff submitted an invoice to Defendant for $52,862.07 for services rendered, parts

purchased, and expenses incurred. An itemized copy of which is attached as **Exhibit B**.

10. Defendant has refused to pay Plaintiff any amount whatsoever, in clear breach of

contract and in violation of Plaintiff's alternative claim for *quantum meruit*.

11. Plaintiff has made presentment of the claim and Defendant still refuses to pay any amount whatsoever, entitling Plaintiff to recover her reasonable and necessary attorney's fees made necessary by Defendant's complete failure to honor his written obligations to pay the amounts due and owing.

## V.    CAUSES OF ACTION

### Breach of Contract

12. Richard contracted with Holtz to perform services and provide materials on his vessel, "Let's Dance" in Clear Lake Texas in exchange for payment.

13. Richard fully performed the services and provided materials as contractually required and requested from Defendant.

14. Defendant breached the contract by failing to tender payment in the amount of $53,298.77 for the work performed.

15. Plaintiff has sustained damages as a result of Defendant's breach of contract, including but not limited to the outstanding sum in the amount of $53,298.77.

### Quantum Meruit and Unjust Enrichment

16. In the alternative, Plaintiff is entitled to recover under a Quantum Meruit theory if the Court determines that the existing contract between Richard and Holtz does not govern the dispute or if the contract is for some invalid or unenforceable. Tex. R. Civ. P. 47 and 48.

17. Under a Quantum Meruit theory, Plaintiff provided valuable services to Defendant.

18. The services that Plaintiff provided were for the sole benefit of Defendant.

19. Defendant specifically requested and accepted the services provided by the Plaintiff.

20.  Defendant has reasonable notice that Plaintiff expected compensation for her services and expenses.

21. By not compensating the Plaintiff the Defendant has been unjustly enriched.

22. Unjust enrichment occurs when a person has wrongfully secured a benefit or has passively received one which it would be unconscionable to retain. *Eun Bok Lee v. Ho Chang Lee*, 411 S.W.3d 95, 111 (Tex. App. 2013). "A person is unjustly enriched when he obtains a benefit from another by fraud, duress, or the taking of an undue advantage." *Id*.

23.  Defendant has been unjustly enriched by his failure to pay Plaintiff the amount of $53, 298.77, which Plaintiff is justly entitled to.

## **Fraud in the Inducement**

24. Fraudulent inducement is a special kind of fraud that only arises in the context of contract. *Int'l Bus. Machines Corp. v. Lufkin Indus., LLC*, 573 S.W.3d 224, 228 (Tex. 2019). "A fraudulent-inducement claim requires proof that: (1) the defendant made a material misrepresentation; (2) the defendant knew at the time that the representation was false or lacked knowledge of its truth; (3) the defendant intended that the plaintiff should rely or act on the misrepresentation; (4) the plaintiff relied on the misrepresentation; and (5) the plaintiff's reliance on the misrepresentation cause the injury." *Id*.

25. Defendant claimed he was going to pay Plaintiff for her services when he knew all along, he wasn't going to pay her anything.

26. Plaintiff is entitled to seek exemplary damages that results from fraud. Tex. Civ. Prac. & Rem. Code Ann. §41.003.

27. Plaintiff then relied upon this misrepresentation and has brought this action to recover damages in the form of restitution and exemplary damages.

## VI.    DAMAGES

28. As a direct result of the occurrence that made the basis of this lawsuit, Plaintiff has incurred damages, including but not limited to the following:

   a.   The outstanding sums owed to Plaintiff in the amount of $53,298. 77

   b.   Exemplary damages.

   c.   All reasonable and necessary attorney's fees pursuant to chapter 38 of the Texas Civil Practice & Remedies Code.

   d.   Judgement and post-judgement interest.

   e.   Costs of the court; and

   f.   All such other relief to which the Plaintiff may be entitled.

## VII.    CONDITIONS PRECEDENT

29. All conditions precedent to Plaintiff's claims for relief have been performed or have occurred.

## VIII.   JURY DEMAND

30. Plaintiff demands a jury trial and has or will pay the requisite fee.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, and that upon final hearing or trial she be awarded damages, prejudgment and post-judgement interest, costs of court in excess of the minimal jurisdictional amounts limits of this court, and for such further and additional relief to which Plaintiff may be justly entitled.

Respectfully Submitted,
**MARKLE • DELACRUZ, LLP**

By: _____

    Spencer G. Markle
    State Bar No. 12989200
    spencer@mdlcfirm.com
    700 Gemini Avenue, Suite 115
    Houston, Texas 77058
    (281) 486-0677 Telephone
    (281) 486-0694 Facsimile
    **ATTORNEY FOR PLAINTIFFS**

**Certificate of Service**

I hereby certify that on **19ᵗʰ Day of July, 2023**, a true and correct copy of the foregoing instrument has been forwarded via certified mail, return receipt requested, first class mail, electronically by email or Court's EFile Systems, and/or facsimile to the following attorney(s) of records:

_____
Spencer G. Markle

# EXHIBIT A



## YACHT DELIVERY/CAPTAIN AGREEMENT

This Document is legally binding and designates Captain Belinda Richard as the vessel Owner's Captain for the purpose of relocating the vessel as outlined in this document AND Limited POWER OF ATTORNEY FOR NAVIGATING THE YACHT/VESSEL.

This agreement is made and entered into on March 8, 2022 between

Owner Name: Rick Holtz

Phone: 303.520.9656

Address: 5148 Clearwater Drive Loveland, Colorado 80538

Vessel Name: Bella Vita (Houston, Texas) 'Lets Dance'

HIN Number: XAX4C048E111

Coast Guard Number: 1266142

AND

**Captain Belinda Richard**
USCG #100 Ton Master
USA000579361
2114 Royal Oaks Drive
League City, Texas 77573 USA
409.267.1578 (cell)

Departing on or about: April 10, 2022
From the port of: South Shore Marina Clear Lake, Texas
Delivered to the port of: Isla Mujeres, Mexico

Assuming command of the vessel for the sole purpose of moving her on her own hull from one port to another as designated by the owner. The sailing route will be at the sole discretion of the Captain and he/she reserves the right to deviate from the proposed route if necessary for any reason.

INITIALS
CAPTAIN: 
OWNER:



**DELIVERY ESTIMATE:**

It is estimated that a total of 10 days to complete the 1659 mile passage.

**FLAT RATE: (*) NOT APPLICABLE WITH THIS CLIENT**

(*) The delivery fee for the above outlined delivery shall be $000 + expenses to complete the delivery for the Captain and all crew necessary.

Should it become necessary to stop during the passage to wait out bad weather or take care of a breakdown, it is agreed that any layover days caused by weather, mechanical failure, high water/seas, river and/or lock closures or other Acts of God incur no additional expense. The owner will still be responsible for any expenses incurred by the crew during any lay days.

**DAILY RATE:**

The delivery fee shall be $500.00 Per Day + expenses for the Captain and $250.00 Per Day + expenses for the First Mate, Engineer or Deckhand (s) as listed below:

Captain: Belinda Richard
Deckhand: N/A
First Mate: Richard Cochran
Engineer: N/A
Captain shall provide First Mate, Engineer or Deckhand.

The above rate will be charged on days necessary to travel to and from the vessel, which includes prep, provisioning and refueling the day prior to departure. Should it become necessary to stop during the passage to wait out bad weather or take care of a breakdown, it is agreed that any layover days caused by weather, mechanical failure, high water/seas, river and/or lock closures or other Acts of God shall be billed at the above agreed daily rate. The owner will also be responsible for any expenses incurred by the crew.

INITIALS
CAPTAIN: 
OWNER:



## RATES & CONDITIONS:

Unless otherwise agreed, new clients or first time deliveries shall also provide a payment made payable to the Captain for 1/2 the total anticipated delivery fee to be returned with this signed agreement. Said payment will then be held as security and deducted from the total amount due upon completion of delivery. Vessel's owner/agent also agrees to provide for all transportation charges incurred by the delivery crew to and from the point of departure and return to domicile in Houston, Texas.

## OPERATIONAL PROCEDURES:

Owner understands the Captain and crew will cover as many miles as safely possible during daylight hours, but night running may occur if a situation is brought about by mechanical problems or lockage delays either upstream or downstream of the nearest suitable marina or overnight anchorage. Additionally, night running may also occur to include crossing large bodies of water (Great Lakes, Gulf of Mexico, open seas) in order to take advantage of favorable weather and sea conditions, or with prior oral or written approval by the owner provided the vessel is equipped with GPS, Chart plotter and radar.

## EXPENSES UNDERWAY:

A Visa or MasterCard credit card in good standing shall be furnished by the owner for the Captain's use for in-route expenses. The designated credit card will be issued in the name of the Captain, Belinda Richard as an additional cardholder by the owner prior to departure date. These expenses include but are not limited to fuel, dockage, repairs, services, and food provisioning in transit and ashore. A detailed accounting of expenses for all credit card charges and cash expenditures will be submitted by the Captain at the conclusion of the trip, and any out of pocket funds due the Captain/Crew will be made prior to their departure from vessel. In the event any vendor while

INITIALS
CAPTAIN: 
OWNER:



underway declines the above supplied credit card, said trip shall be considered terminated at the point of declination. (See Early Termination)

**TRIP LOG:**

The Captain shall also maintain the vessels daily trip log (The Ships Log) detailing all activities to include hours of operation, position reports, locking delays, equipment failures, etc. In addition, fluid levels will be checked and logged daily, along with notations that may reflect any deterioration in the vessel's performance or seaworthiness.

**INSURANCE:**    — CAPTAIN & FIRST MATE

Necessary insurance coverage shall be provided by the owner of the vessel in the form of a certificate or underwriter's letter naming the Captain and Mate/Engineer/or Deckhand as additional named insured (s). Coverage shall include public liability and property damage to cover any contingency including but not limited to damage to vessel or injuries to the Captain or crew. It is also understood that the Captain and Mates/Engineer or Deckhand will not be held responsible for normal wear and tear, acts of war, piracy, government insurgencies or counterinsurgencies, including damage to vessel, crew or passengers caused by faulty navigational equipment, improperly placed or missing navigational aids, uncharted underwater obstructions, or for termination of the voyage caused as a practical matter there from.

**ILLEGAL ACTIVITIES:**

All obligations of the Captain under this agreement will become null and void if the said vessel is engaged in any illegal activity or violation of the Zero Tolerance government regulations regarding transportation or use of illegal drugs or smuggling on board. The Captain and Crew will uphold the law, report such activities and support the authorities conducting any investigation whether on land or on the high seas.

**EARLY TERMINATION:**



INITIALS
CAPTAIN:
OWNER:

# BR

It is also agreed that if the services of the Captain and/or crew are terminated by the owner prior to the successful completion of the trip, said crew will be paid for all days worked up to and including the day of termination, plus the travel days, along with necessary airfare for crews to return to domicile. It is also agreed that if (during the course of the voyage) credit cards are refused for any reason or the Captain determines the vessel is not seaworthy or conditions exist that are deemed not suitable for continuance or may result in a "vessel not under command" situation, Captain may execute his/her command authority to terminate the voyage. Accordingly, the crew will be paid for all days worked up to and including the day of termination, plus the travel days, along with necessary airfare for crews return to domicile.

**SEAWORTHINESS:**

The following inspection checklist is provided to assist the owner/agent in preparing the vessel for transit. Upon dockside arrival, the Captain will use the aforementioned checklist to inspect the vessel to determine its seaworthiness and to verify compliance with necessary Coast Guard requirements and CFR's for that particular vessel. If the Captain determines the vessel is not seaworthy or does not meet minimum CG requirements, he or she will state said reasons in writing on the checklist to the owner/agent. Accordingly, if the owner/agent fails to address the noted deficiencies in a timely manner, the crew will be paid for all days worked up to and including the day of termination, plus travel days, along with necessary airfare for captain and crews return to domicile.

- Inspect all Life Jacket, Life rings
- Check/inspect all fire extinguishers and capabilities, check $CO_2$ alarms
- Inspect all Navigational Lights and spare lamps, spot light
- Depth sounder/fathometer in working order

INITIALS
CAPTAIN:
OWNER: 

# BR

**SEAWORTHINESS:**

- Magnetic compass and Chart plotter operational, Nautical charts onboard
- Check ground tackle such as anchor, anchor rode, line, shackles, capstan, bow pulpit, rollers, (*) spare anchor with ground tackle, Day shapes
- Ensure sound producing devices: Horn, Bell, Portable air horn
- Insure all flares and associated gear are operational (ex. flare gun)
- Insure lifecraft is secured properly (*) and current
- Check all VHF-FM, SSB, Antennas for operation
- Flashlights, First Aid Kit, and interior/emergency lights are operational
- Have enough fenders, mooring lines
- Check all bilge float switches and high water alarms for correct operation (manually and power), Check all hose clamps on bilge pumps, Bilge floor should be clean and dry, have spare bilge pumps
- Check main engines, gear boxes, gen sets, oils and coolant levels
- Visually inspect all sea valves for operation and sea strainers and clean if necessary, have spare sea strainers, insure hose clamps are tight, have extra hose clamps
- Inspect steering gear for fluid leaks from hydraulic lines and steering ram, swing rudders hard right to hard left for smooth operation
- Inspect rudder glands and shaft packing glands, adjust accordingly, have extra gland packing
- Operated trim tabs and check fluid
- Ensure all batteries are secure, inspect battery electrolyte level and fill as required, have battery cables and extra battery
- Check and ensure portholes and deck hatches operation and that the seals are watertight

(*) Modification to standard agreement to waiver mandate for the requirements in red above by Captain Belinda Richard (INITIALS: _____ )

INITIALS
CAPTAIN: 
OWNER:



**VESSEL EQUIPMENT:**

The Owner must represent the vessel to be seaworthy and carry all current registration, documentation and insurance papers.

If upon initial inspection or en-route (underway), mechanical, electronic, electrical failure, loss or damage occurs or has occurred to said vessel or its equipment which, in the Captains' judgment, hinders his/her ability to make or continue a safe voyage, the Owner must correct it, or authorize corrective action, at the Owner's expense.

**VESSEL EQUIPMENT:**

Also expected on board will be multiple sets of fuel filters for the main engines and genset(s), along with at least four one gallon containers of oil normally used in the main engines and one gallon of oil for the genset(s). The vessel must also carry the necessary tools to maintain simple repairs and maintenance while underway, to include spare bulbs, belts, etc. Vessel shall also carry ample supply of bed linens, cooking utensils and cleaning supplies, along with deck cleaning supplies and equipment to support the delivery, and as conditions allow, the crew will wash down the vessel to remove accumulated salt spray, diesel exhaust soot, or other harmful agents. Vessel shall also carry all charts, navigation instruments, binoculars, hand-held VHF radio, etc., as necessary to complete the trip over waterways specified above.

**HOLD HARMLESS:**

The Captain in not responsible for normal wear and tear, nor for equipment failure under prudent operation consistent with established practices, nor for loss resulting from acts of God (i.e., lighting, hurricanes, etc). The Captain is not responsible for losses due to acts of war, piracy, government's actions, or insurgencies, nor for damage to the vessel or injuries to the crew, nor for the termination of the delivery caused by practical consequences from any of the above.

INITIALS
CAPTAIN: 
OWNER: _RW_



**DELIVERY AGREEMENT ACCEPTANCE:**

The Parties hereby agree to the conditions stated herein as subscribed below:

Owner Name (PRINT) Rick Holtz/RICK HOLTZ BY SIGNING REPRESENTS PARTNER INTERESTS, IF ANY

Owner Signature _____

Date: _3-25-2022_____

Captain's Name (PRINT) Captain Belinda Richard

Captain's Signature _Belinda Richard_____

Date: _3-25-2022_____

**ACCEPTANCE OF DELIVERY & RELEASE FROM OBLIGATION AND/OR RESPONSIBILITY**

_____ has been delivered, inspected and found to be in acceptable seaworthy condition. All expenses have been duly verified. The Captain and First Mate / Engineer or Deckhand are hereby released from any further obligation or liability.

Owner Name (PRINT) Rick Holtz **TO BE SIGNED AT TIME OF VESSEL DELIVERY**

Owner Signature: _____

Date: _____

Captain's Name (PRINT) Captain Belinda Richard

Captain's Signature: _____

Date: _____

Please make checks / payments payable to:

**Belinda Richard**
**2114 Royal Oaks Drive**
**League City, Texas 77573 USA**

INITIALS
CAPTAIN
OWNER



ADDENDUM 'A'

Rick Holtz
Via E-Mail: rholtz22@yahoo.com

Good Evening Rick,

After the sea trial this date, we have a better understanding and appreciation of the performance of your yacht.

Voyage Overview Detail:

Full tank and 50 gallon reserve – $3.50 per gallon (*) = $1050.00

Clear Lake, Texas to Lake Charles, Louisiana
200 miles run time (approximated) 10 hours in the ICW (Intracostal Waterway) 200 gallon fuel burn
Naimar Landing $3.70 per gallon (*) - $740.00
Dockage $2.00 per. Ft. Golden Nugget. - $80.00

Lake Charles, Louisiana to Morgan City, Louisiana      *Intecoastal Citty*
182 mile run 8 hours (approximated) in the ICW 190 gallon fuel burn
Rio Fuel Dock $3.20 per gallon (*) - $608.00
Dockage $25.00 City Docks                                          *Homa*

Morgan City Louisiana to New Orleans Louisiana
278 miles run time (approximated). 12 hours ICW – 300 gallon fuel burn
SeaBrook Harbor & Marina Louisiana - $3.74 per gallon (*) - $1,122.00
Dockage 1.10 per. Ft. – 44.00

New Orleans Louisiana to Gulf Shores Alabama
238 miles run time (approximated) 12 hours ICW - 240 gallon fuel burn
Homeport Marina - $3.75 per. Gallon (*) - $900.00
Dockage – $3.00 per foot - $120.00

Gulf Shores Alabama to Port St. Joe Florida
200 miles run time (approximated) 10 hours - 200 gallon fuel burn
Captains Cove - $3.50 per gallon (*) - $700.00
Dockage – (approximated/marina failed to provide cost via return telephone call) $3.00 per. ft. - $120.00

Port St. Joe Florida to Clearwater Florida
196 miles 10 hours off shore (approximated) - 200 gallon fuel burn
Clearwater Municipal Marina - $4.09 per gallon (*) - $818.00
Dockage - $2.27 per foot - $91.00

INITIALS
CAPTAIN:
OWNER:



Clearwater Florida to Venus Florida
63 miles 3.5 hours (approximated) - 80 gallon fuel burn
Crow's Nest Marina Florida – (approximated as marina failed to return call to confirm). $4.00 per gallon (*) - $330.00

ADDENDUM 'A'

Rick Holtz
Via E-Mail: rholtz22@yahoo.com
Page 2

Venus Florida to Key West Florida          18th
172 miles 9 hours (approximated) - 180 gallon fuel burn
A and B Marina – (approximated as marina failed to return call to confirm). $4.50 per gallon (*) - $820.00
(approximately) 200 gallon fuel burn via $4.50 (fuel bladders) - $900.00
Dockage – Pricing unknown as of this writing. Verify prior to voyage and will update accordingly.

Key West Florida to Isla Mujeres Mexico
330 miles 20 hours (approximated) 350 gallon fuel burn (Pricing unknown at this time. Verify prior to embarcation and will update accordingly. Isla Mujeres replenish 'main tank' (approximately) 200 gallons.

The Yacht is able to clear customs in Isla Mujeres:
https://aglyachtsales.com/what-you-need-to-know-about-visiting-mexico-by-private-boat/
The firm of Captain Belinda Richard will take care of the TIP (Temporary Import Permit) without using a documentation clerk. This measure will save the vessel owners (approximate savings) $500.00.

Estimated fuel cost - $8000.00
Estimated dockage cost - $800.00
Fee: Captain (Belinda Richard) - $5000.00
Fee: First Mate (Richard Cochran) - $2500.00

Captain Belinda Richard has an established professional relationship that is used as a client resource firm and this firm has an unimpaired reputation for excellence with marine grade canvas work. Based on our agreement, (Rick Holtz and Belinda Richard) it is agreed that I will purchase the fabric based on your requirements and fabric selection and develop a cost estimate based on unquestionable workmanship and have the upholstery project completed prior to scheduled departure. The firm of Captain Belinda Richard will manage to insure that the project will be completed professionally and prior to date of embarkation at the pre-agreed upon cost estimate. This work will address the cushions, panels in the interior and the sea deck. The cost of the fabric is listed below and is due and payable upon receipt of this cost estimate so that the work may begin immediately once the fabric has been approved by the owners of the vessel. Workmanship (labor costs) will be due and payable upon completion of the project.

Fee payment schedule and cost proposal for upholstery project is listed on the next page of this document.

INITIALS
CAPTAIN: 
OWNER:



## ADDENDUM 'A'

**Captain: Belinda Richard Fee: $5,000.00**
**First Mate: Richard Cochran Fee: $2,500.00**

**Total Fee: $7,500.00**

**Payment Schedule Below: (No Interest)**

| | |
|---|---|
| 06.15.2022 | $625.00 |
| 07.15.2022 | $625.00 |
| 08.15.2022 | $625.00 |
| 09.15.2022 | $625.00 |
| 10.15.2022 | $625.00 |
| 11.15.2022 | $625.00 |
| 12.15.2022 | $625.00 |
| 01.15.2023 | $625.00 |
| 02.15.2023 | $625.00 |
| 03.15.2023 | $625.00 |
| 04.15.2023 | $625.00 |
| 05.15.2023 | $625.00 |

**Total Fee:       $7,500.00**

**Note:** Fee must be paid on the due date. The Firm of Belinda Richard or Belinda Richard may call the unpaid balance due and payable if the unpaid balance has not achieved a remedy for the unpaid balance per the schedule above/below. The unpaid balance will be subject to a daily interest rate of 0.02739726% and/or 10% annual interest rate. This interest rate is applicable to the unpaid balance and is immediately subject to interest once deemed under default. It is hereby understood and agreed that once declared as balance in default that the owner (s) signed to the agreement for services and initialed below will pay for all legal costs, including and not limited to attorney fees and court costs associated with the collection of the unpaid balance.

**Upholstery Fee Schedule and Detail Itemization:**

**Total Cost:       $3500.00 (*)**
**Fabric:  Diamond; Solid; Velcro Dots; Strip**

**(*) 50% due @ fabric order with balance due at project completion**

INITIALS
CAPTAIN: 
OWNER:



**ADDENDUM 'B'**

**LEGAL**

**JURISDICTION AND GOVERNING LAW**

**Jurisdiction and Governing Law**

Jurisdiction and venue of any matter not subject to arbitration shall reside exclusively in Galveston County, shall reside exclusively in a state or federal court sitting the aforementioned state.

This Agreement will be governed by and construed in accordance with the laws of the State in which the Captain resided at the time of departure regardless of cause or causes of action first arose without regard to principles of conflicts of laws, except that, as applicable, the Federal Arbitration Act shall govern the Agreement without giving effect to any state law to the contrary.

Louisiana residents: notwithstanding the foregoing, Louisiana residents shall be entitled to pursue resolution of Disputes in their home forum and pursuant to Louisiana law, to the extent allowed or required under Louisiana law. For such Disputes brought in Louisiana, to the extent allowed by Louisiana law, including without limitation the mutual obligation to arbitrate Disputes on an individual basis.

For any Dispute involving $10,000 or more, prior to instituting any arbitration as provided below, a Party must submit the Dispute to JAMS for non-binding mediation by providing notice of such request to all other concerned Parties and providing such notice to JAMS. The Parties shall cooperate with JAMS and with one another in selecting a mediator from the JAMS panel of neutrals and in promptly scheduling the mediation proceedings, and shall participate in good faith in the mediation either in person at a mutually acceptable time and place or by telephone or videoconference, in accordance with the then-prevailing JAMS's mediation procedures and this Section, which shall control. Absent the mutual agreement of the Parties, any in-person mediation shall be held in Galveston County, Texas and shall last no more than two business days. Except as otherwise provided herein, each party shall pay its own fees, costs, and individual expenses associated with conducting and attending the mediation.

Any Dispute not resolved in writing by negotiation or mediation shall be subject to and shall be settled exclusively by final, binding arbitration in Galveston County, Texas in accordance with the then-prevailing Comprehensive Arbitration Rules of JAMS. Unless otherwise agreed by the parties, any mediator who mediated a Dispute between the Parties previously shall be disqualified from serving as an arbitrator in the case. In order to promote to the fullest extent reasonably possible a

INITIALS
CAPTAIN: 
OWNER:

# BR

mutually amicable resolution of Disputes in a timely, efficient, and cost-effective manner, the Parties hereby waive their respective rights to trial by jury or any court.

## ADDENDUM 'B'

## LEGAL

## JURISDICTION AND GOVERNING LAW

Any mediation, if required, under this Dispute Resolution Agreement must be commenced no later than one year after the Dispute arose, and, in the event the Dispute is not resolved via mediation, any arbitration proceeding must be commenced by the later of three months after the conclusion of the mediation or one year after the Dispute arose. Failure to timely commence an arbitration proceeding or, if applicable, mediation, constitutes both an absolute bar to the commencement of an arbitration proceeding or mediation with respect to the Dispute, and a waiver of the Dispute. The Parties agree that time is of the essence and hereby waive the applicability of any other statute of limitations.

Notwithstanding the rules of JAMS, the following will apply to all arbitration actions:

- The arbitration will be conducted in English.

- The Federal Rules of Evidence will apply in all cases.

- The parties will be entitled to bring motions under Rules 12 and/or 56 of the Federal Rules of Civil Procedure.

- The parties will be allotted equal time to present their respective cases, including cross-examinations.

- The decision of the arbitrator will be final and binding on the parties and may, if necessary, be reduced to a judgment in a court of law, except that a Party may choose to appeal certain arbitration awards as described below. Any motion or action to confirm, vacate, modify, or otherwise enter judgment on the award shall comply with Section 8. Further, any Party seeking to enforce an award of an arbitrator(s) shall submit the award under seal to maintain protections of Confidential Information, and the Parties hereby agree and consent to the filing of such a submission, motion, or order under seal.

In addition to the foregoing and notwithstanding the rules of JAMS, certain procedures will apply depending on the amount in controversy.  For Disputes in which the amount in controversy is less than $1,000,000.00 (one million dollars), the following procedures will apply absent mutual agreement of the Parties to the contrary:

**INITIALS
CAPTAIN:
OWNER:** 



- The arbitration will occur within 180 days from the date on which the arbitrator is appointed and will last no more than five business days.

- There will be one arbitrator selected from the panel provided by JAMS, using the JAMS rules for arbitrator selection.

- The arbitrator shall institute discovery consistent with the goals of arbitration. Discovery and disclosure of information will be conducted under the rules provided by JAMS to achieve the usual goals of arbitration, including cost effective and efficient resolution of disputes between parties, but in no event shall the Parties be entitled to discovery rights greater than provided by the Federal Rules of Civil Procedure.

For Disputes in which the amount in controversy is equal to or exceeds $1,000,000.00, the following procedures will apply absent mutual agreement of the Parties to the contrary:

- There will be three arbitrators selected from the panel provided by JAMS, using the JAMS rules for arbitrator selection.

- The Parties will be entitled to, and limited by, all discovery rights permitted by the Federal Rules of Civil Procedure.

- The parties will be entitled to appeal any arbitration award to an Appeal Panel under JAMS Optional Arbitration Appeal Procedures. The parties agree to request oral argument for any appeal filed under the Optional Arbitration Appeal Procedures.

The arbitrator(s) will have no authority to award punitive damages, except where an applicable law or statute expressly provides for punitive damages, and may not, in any event, make any ruling, finding, or award that does not conform to the provisions of the Agreement.

**Private Attorneys General Actions**

Notwithstanding anything to the contrary herein, any Party may bring disputes pursuant to California's Private Attorneys General Act ("PAGA") or other statutes providing a right to bring representative actions that may not be waived by contract, provided, however, that any PAGA or similar such claims shall be exempt from the agreement to arbitrate in Section 9 and the waiver on representative actions in Section 10 and, to the extent permitted by applicable law, shall be brought in the exclusive jurisdiction of a state or federal court residing in Galveston County, Texas.

**Force Majeure**

Neither party shall be deemed in default of the Agreement to the extent that performance of its obligations is delayed or prevented by reason of any act of God, fire, natural disaster, accident, riot, act of government, shortage of materials or supplies, or any other cause beyond such party's reasonable control; provided that the non-performing party gives reasonably prompt notice under the circumstances of such condition to the other party.

INITIALS
CAPTAIN: 
OWNER:

## TEXAS PROMISSORY NOTE

### Pursuant to TX FIN § 303.009

**FOR VALUE RECEIVED, Rick Holtz, ("Client/Borrower") promises to pay to CBR Incorporated ("Service Provider/Lender") Seven Thousand Five Hundred Dollars ($7,500.00) in principal, plus interest per the master agreement if applicable as stated in the Yacht Delivery/Captain Agreement.**

1.  **PAYMENT TERMS** (*Choose one*):

    **X- Borrower shall make 12 payments in the amount of Six Hundred Twenty Five Dollars ($625.00) per (month/year) on 06.25.2022.** *SIX HUNDRED TWENTY FIVE*

    ☐ - Borrower shall make ___12___ payments in the amount of ___−625.00−___ Dollars ($ __625.00__ ) per (month/year) and a final payment in the amount of ___SIX HUNDRED TWENTY FIVE___ Dollars ($ __625.00__ ) on ___MAY___, 20__23__ .

2.  **TERM:** 12 Month Period 06.15.2022-05.15.2023

3.  **PREPAYMENT:** Borrower may prepay the loan without any penalty.

4.  **PAYMENT APPLICATION:** All payments shall first be applied to principal and then to interest.

5.  **SECURITY** (*Choose one*):
    ☐ - This note shall be secured by a UCC-1 Financing statement and security agreement giving Lender a secured interest in Borrower's equipment, fixtures, inventory and accounts receivable of ___Paradise Luxury Yachts___ (Borrower's business) until the note is paid in full.

    **X - This note is secured by the following property as follows: 2011 Azimut Atlantis 40 Hull ID XAX4CO48E111 Rick J. Holtz, 5148 Clearwater Drive Loveland Colorado 80538. Let's Dance Official ID 1266142 SSN: 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 Horsepower T370 Coast Guard Official Number: 1266142.**

6.  **ACCELERATION:** Lender may require Borrower to pay the entire balance of the unpaid principal and accrued interest immediately if the Borrower is more than (30) days late in making a payment.

7.  **ATTORNEYS' FEES AND COSTS:** If the Lender prevails in any action to collect on this note, Borrower shall pay Lender's reasonable costs and attorneys' fees.

8.  **STATE LAW:** This note shall be governed in accordance with the laws of the State of Texas. The Jurisdiction will be Galveston County, Texas.

9.  **MODIFICATIONS:** Any modifications of or amendments to the terms herein shall be made in writing by all of the parties hereto.

10. **Notices:**
    Notices sent to the Borrower shall be sent by certified mail to:

    Rick J. Holtz                                    Name

    5148 Clearwater Drive                            Street Address

    Loveland                                         City

    Colorado, 80538                                  State, Zip Code

INITIALS: RH
INITIALS: BR


Notices and payments shall be sent to Lender at:

Belinda Richard                                            Name

2114 Royal Oaks Drive                                      Street Address

League City                                                City

Texas 77573                                                State, Zip Code

IN WITNESS WHEREOF the Lender and Borrower have executed this Note as of the 25 day of
_____MARCH_____, 2022.

_____                    _____
Rick J. Holtz, Borrower Signature                  Witness Signature

Rick J. Holtz___RICK J. HOLTZ_____                 _____
Owner/Borrower Printed Name                        Witness Printed Name

CBR Incorporated _Belinda Richard_                 _____
Service Provider/Lender Printed Name               Witness Printed Name

Captain Belinda Richard _Belinda Richard_____

Belinda Richard, President and CEO, CBR Incorporated d/b/a Captain Belinda Richard

INITIALS: RR _____
INITIALS: RR _____



**DELIVERY AGREEMENT ACCEPTANCE:**

The Parties hereby agree to the conditions stated herein as subscribed below:

Owner Name (PRINT) Rick Holtz/**RICK HOLTZ BY SIGNING REPRESENTS PARTNER INTERESTS, IF ANY**
Owner Signature _____
Date: _____3-25-2022_____

Captain's Name (PRINT) Captain Belinda Richard

Captain's Signature _Belinda Richard_____
Date: ____3-25-2022_____

**ACCEPTANCE OF DELIVERY & RELEASE FROM OBLIGATION AND/OR RESPONSIBILITY**

_____ has been delivered, inspected and found to be in acceptable seaworthy condition. All expenses have been duly verified. The Captain and First Mate / Engineer or Deckhand are hereby released from any further obligation or liability.

Owner Name (PRINT) Rick Holtz **TO BE SIGNED AT TIME OF VESSEL DELIVERY**
Owner Signature: _____
Date: _____

Captain's Name (PRINT) Captain Belinda Richard

Captain's Signature: _____
Date: _____

Please make checks / payments payable to:

**Belinda Richard**
**2114 Royal Oaks Drive**
**League City, Texas 77573 USA**

INITIALS
CAPTAIN: _BR_
OWNER: _____

# EXHIBIT B

| Date | Client | Name | Amount | Description | Detail | Category | Note |
|---|---|---|---|---|---|---|---|
| 3/8/22 | Client:Holtz | Fabric House | $18.00 | CBR Incorporated Credit | Upholstery Project | Captain Belinda Richard Paid | Shell Federal |
| 3/30/22 | Client:Holtz | Southwest Airlines | $231.98 | Airfare Expense:Travel | | Captain Belinda Richard Paid | Shell Federal |
| 3/30/22 | Client:Holtz | Southwest Airlines | $171.96 | Airfare Expense:Travel | | Captain Belinda Richard Paid | Shell Federal |
| 4/1/22 | Client:Holtz | Fuel Depot Houston | $130.00 | 04 Fuel Bladders (Blue Plastic Barrels) Delivered:Cash | | Captain Belinda Richard Paid | Fuel Bladders (4) Blue Plastic Barrels |
| 4/6/22 | Client:Holtz | Amazon | $10.97 | Amazon | | Locking Spanner Wrench | Locking Spanner Wrench |
| 4/6/22 | Client:Holtz | Amazon | $78.77 | CBR Incorporated Credit | | Barrel Pump | |
| 4/6/22 | Client:Holtz | Amazon | $97.15 | Vessel Tools:Adjust Locking Spanner Wrench/Pump | | Captain Belinda Richard Paid | Amazon Transmittal: Lumax Gray Rotary Barrel Pump/Locking Spanner Wrench |
| 4/8/22 | Client:Holtz | Palmer Power | $108.25 | CBR Incorporated Credit | | Volvo Pena Diesel Fuel Filters:2 | |
| 4/9/22 | Client:Holtz | Amazon | ($500.00) | Cash From Rick Holtz | | Client Paid CBR To Pay Contractor | Holtz Paid Contractor Direct CBR Refunding Cash To Holtz |
| 4/11/22 | Client:Holtz | Carlos Jimenez | $330.00 | CBR Incorporated:Cash | | 4 55 Gallon Plastic Drums (Blue) | Zelle |
| 4/11/22 | Client:Holtz | Upper Coast Marine | $240.03 | CBR Incorporated:Credit | | Air Conditioning & Lift | Air Conditioning & Lift |
| 4/12/22 | Client:Holtz | CBR Client Service | $50.00 | CBR Vendor Management | | Vendor Management T&E | Air Conditioning Issues Addressed |
| 4/12/22 | Client:Holtz | Credit Adjustment to Client | ($369.99) | Credit To Client:Holtz | | PLB-RESC@Ink View 19496173 | West Marine Receipt:04.12.22 |
| 4/13/22 | Client:Holtz | HEB | $105.00 | CBR Incorporated:Cash | | Yacht:Provisioning | |
| 4/14/22 | Client:Holtz | Transit | $750.00 | Transit Let's Dance 49Ft Azimut Atlantis Motor Yacht | | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $350.00 Daily Rate |
| 4/15/22 | Client:Holtz | Seth Richard | $0.00 | CBR Incorporated:Cash | | Travel Expense:Fuel/Incidentals | Zelle |
| 4/15/22 | Client:Holtz | Upholstery Project | $1,750.00 | CBR Incorporated:Credit | | Upholstery Project | |
| 4/15/22 | Client:Holtz | Seth Richard | $110.48 | CBR Incorporated:Cash | | Reimbursement-Seth Richard | Walmart Incidentals |
| 4/15/22 | Client:Holtz | Walmart | $110.48 | Vessel Provisioning:Captain/Crew | | Captain Belinda Richard Paid | 78F94K33:CO |
| 4/15/22 | Client:Holtz | Transit | $750.00 | Transit Let's Dance 49Ft Azimut Atlantis Motor Yacht | | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $350.00 Daily Rate |
| 4/16/22 | Client:Holtz | CBR Client Service | $84.24 | CBR Incorporated:Cash | | 144 Miles (*) See Explanation | 0.585 Per Mile |
| 4/16/22 | Client:Holtz | CBR Client Service | $250.00 | CBR Incorporated:Cash | | Captain Supervisory Services | 04.16.22~04.18.22 |
| 4/16/22 | Client:Holtz | NAPA | $60.00 | Raycor Filters | | Captain Belinda Richard Paid | Cash Expense Lake Charles, LA |
| 4/16/22 | Client:Holtz | Client Property: Azimut Yacht:Management | $750.00 | Management of Repairs and Replacement Parts | | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $350.00 Daily Rate |
| 4/17/22 | Client:Holtz | NAPA | $60.00 | CBR Incorporated:Cash | | Raycor Filters | |
| 4/18/22 | Client:Holtz | Little's Lake Charles | $83.61 | CBR Incorporated:Cash | | Meal Expense | |
| 4/18/22 | Client:Holtz | O'Reilly Auto Parts | $11.01 | CBR Incorporated:Credit | | Filter Wrench | |
| 4/18/22 | Client:Holtz | Captain Belinda Richard | $108.25 | Diesel Fuel Filter | | Captain Belinda Richard Paid | IN-355082 |
| 4/18/22 | Client:Holtz | Transit | $750.00 | Transit Let's Dance 49Ft Azimut Atlantis Motor Yacht | | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $150.00 Daily Rate |
| 4/19/22 | Client:Holtz | CBR Client Service | $250.00 | CBR Incorporated:Cash | | Captain Supervisory Services | 04.19.22 Paradise to Shipyard |
| 4/19/22 | Client:Holtz | O'Reilly Auto Parts | $11.01 | Vessel Maintenance & Repair Expense | | Captain Belinda Richard Paid | Capital One Credit Card No.:3740 |
| 4/19/22 | Client:Holtz | Hotel Booking Service Fee | $14.99 | Lodging Service Fee | | Captain Belinda Richard Paid | Capital One Credit Card No.:3740 |
| 4/19/22 | Client:Holtz | CNLC Bill's Bar and Burgers | $73.71 | Meal Expense | | Captain Belinda Richard Paid | Capital One Credit Card No.:3740 |
| 4/19/22 | Client:Holtz | Client Property: Azimut Yacht:Management | $750.00 | Management of Repairs and Replacement Parts | | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $150.00 Daily Rate |
| 4/20/22 | Client:Holtz | Golden Nugget | $78.74 | CBR Incorporated:Credit | | Lodging Expenses | |
| 4/20/22 | Client:Holtz | Perry Eliason | $300.00 | CBR Incorporated:Cash | | Travel Expense:Fuel/Incidentals | |
| 4/20/22 | Client:Holtz | CBR Client Service | $82.49 | CBR Incorporated:Cash | | 141 Miles (*) See Explanation | 0.585 Per Mile |
| 4/20/22 | Client:Holtz | Golden Nugget | $278.74 | Lodging and Meal Expense:Incidentals Included | | Captain Belinda Richard Paid | Capital One Credit Card No.:3740 |
| 4/20/22 | Client:Holtz | Travel/Parts Delivery | $750.00 | Travel/Parts Delivery | | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $150.00 Daily Rate |
| 4/20/22 | Client:Holtz | Golden Nugget | $79.83 | CBR Incorporated:Credit | | Lodging Expenses | |
| 4/21/22 | Client:Holtz | CBR Client Service | $250.00 | CBR Incorporated:Cash | | Captain Supervisory Services | |
| 4/21/22 | Client:Holtz | CBR Client Service | $35.10 | CBR Incorporated:Cash | | Captain Supervisory Services | 04.21.22 |
| 4/21/22 | Client:Holtz | Golden Nugget | $79.83 | Vessel Slip Charges on Golden Nugget Property | | Captain Belinda Richard Paid | 60 Miles @ 0.585 Per Mile |
| 4/21/22 | Client:Holtz | Golden Nugget | $79.83 | CBR Incorporated:Credit | | Captain Belinda Richard Paid | Capital One Credit Card No.:3740 |
| 4/21/22 | Client:Holtz | Travel/Parts Delivery | $750.00 | Travel/Parts Delivery | | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $150.00 Daily Rate |
| 4/21/22 | Client:Holtz | Palmer Power | $159.54 | CBR Incorporated:Credit | | Volvo Pena Parts | |
| 4/21/22 | Client:Holtz | Palmer Power | $89.52 | CBR Incorporated:Credit | | Volvo Pena Parts | |

| Date | Client | Vendor | Description | Amount | Category | Notes |
|---|---|---|---|---|---|---|
| 4/3/22 | Client:Holtz | Buoy Weather | CRR Incorporated-Credit | $96.00 | Premium Subscription | Capital One Credit Card No.-3740 |
| 4/3/22 | Client:Holtz | Buoy Weather | Weather Subscription Fee (Premium) | $95.88 | Captain Belinda Richard Paid | |
| 4/3/22 | Client:Holtz | Travel/Parts Delivery | Travel/Parts Delivery | $750.00 | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $250.00 Daily Rate |
| 4/5/22 | Client:Holtz | AXI International | CRR Incorporated-Credit | $1,357.30 | Tank Cleaner Package-2V | (FPS) Below |
| 4/5/22 | Client:Holtz | Captain Belinda Richard | Fuel Polishing and Cleaning Services | $500.00 | Captain Belinda Richard | (FPS) Captain Belinda Richard Services |
| 4/28/22 | Client:Holtz | CRR Client Service | CRR Incorporated-Cash | $35.10 | Captain Supervisory Services | 60 Miles @ 0.585 Per Mile |
| 4/29/22 | Client:Holtz | CRR Client Service | CRR Incorporated-Cash | $35.10 | Captain Supervisory Services | 60 Miles @ 0.585 Per Mile |
| 4/29/22 | Client:Holtz | CRR Client Service | CRR Incorporated-Cash | $93.75 | Captain Supervisory Services | See Attached Explanation |
| 5/2/22 | Client:Holtz | CRR Client Service | CRR Incorporated-Cash | $93.75 | Captain Supervisory Services | See Attached Explanation |
| 5/3/22 | Client:Holtz | Lower Unit Repair $500. Each | CRR Incorporated-Cash | $1,000.00 | Lower Unit Repair 2x $500.00 | James Martin |
| 5/6/22 | Client:Holtz | Shell | CRR Incorporated-Check | $125.00 | Fuel:King Ranch | Lake Charles, LA |
| 5/6/22 | Client:Holtz | Jack Fontenot | CRR Incorporated-Cash | $1,004.34 | RJR Both Lower Units & Oil | Invoice#63222 |
| 5/6/22 | Client:Holtz | CRR Client Service | CRR Incorporated-Cash | $84.24 | 144 Miles (*) See Explanation | Lake Charles, LA |
| 5/6/22 | Client:Holtz | Shell | Fuel Expense | $125.00 | Captain Belinda Richard | Lake Charles, LA |
| 5/6/22 | Client:Holtz | Jack Fontenot | RJR Both Lower Units 10 QTS 75-90 Gear Lube | $804.34 | Captain Belinda Richard Paid | Check No.:0105 Captain Belinda Richard Invoice:63222 |
| 5/6/22 | Client:Holtz | Travel/Parts Delivery | Travel/Parts Delivery | $750.00 | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $250.00 Daily Rate |
| 5/7/22 | Client:Holtz | Walmart | Jump Starter (s) HR Rolling | $121.09 | Battery Jump Start Equipment | |
| 5/7/22 | Client:Holtz | Walmart | CRR Incorporated-Credit | $121.09 | Captain Belinda Richard Paid | Lake Charles, LA 3451 Nelson Road ID:7RFM4F925 |
| 5/7/22 | Client:Holtz | Client Property:Azimut Yacht:Management | Management of Repairs and Replacement Parts | $750.00 | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $250.00 Daily Rate |
| 5/8/22 | Client:Holtz | CRR Client Service | CRR Incorporated-Cash | $250.00 | Captain Supervisory Services | Remove Cable/Prep Haul Out |
| 5/8/22 | Client:Holtz | Client Property:Azimut Yacht:Management | Management of Repairs and Replacement Parts | $750.00 | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $250.00 Daily Rate |
| 5/9/22 | Client:Holtz | Jack Fontenot | CRR Incorporated-Cash | $500.00 | Lower Unit Inspection/Diagnosis | Lake Charles Boat Mechanic |
| 5/9/22 | Client:Holtz | Buffalo Wild Wings | CRR Incorporated-Cash | $29.33 | Meals Expense | |
| 5/9/22 | Client:Holtz | Meal Expense B.Richard/R.Cochran | Cash From Belinda Richard | $29.33 | Paid @ Buffalo Wild Wings | Meal Expense:Lunch |
| 5/9/22 | Client:Holtz | West Marine | Marine Accessories | ($467.15) | Captain Belinda Richard Adjusted | 9.1130$E+17 |
| 5/9/22 | Client:Holtz | Seth Richard | Fuel Delivery Charge Cash Paid to Seth Richard | $40.00 | Captain Belinda Richard Paid | Cash Expense Lake Charles, LA |
| 5/9/22 | Client:Holtz | Client Property:Azimut Yacht:Management | Management of Repairs and Replacement Parts | $750.00 | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $250.00 Daily Rate |
| 5/9/22 | Client:Holtz | Travel/Parts Delivery | Travel/Parts Delivery | $750.00 | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $250.00 Daily Rate |
| 5/10/22 | Client:Holtz | Shell | CRR Incorporated-Credit | $100.00 | Captain Belinda Richard Adjusted | 50% Reimbursement Reduction From Meal Expense |
| 5/10/22 | Client:Holtz | Shell | Travel/Parts Delivery | $750.00 | Fuel:King Ranch | Clear Lake, TX |
| 5/15/22 | Client:Holtz | Travel/Parts Delivery | Travel/Parts Delivery | $750.00 | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $250.00 Daily Rate |
| 5/16/22 | Client:Holtz | VRBO | Lodging and Meal Expense:Incidentals Included | $163.00 | Captain Belinda Richard Paid | Capital One Credit Card No.-3740 |
| 5/16/22 | Client:Holtz | Client Property:Azimut Yacht:Management | Management of Repairs and Replacement Parts | $750.00 | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $250.00 Daily Rate |
| 5/16/22 | Client:Holtz | Fisher's Orange Beach, Alabama | Meal Expense:Richard/Cochran | $366.90 | Captain Belinda Richard Paid | Check No.:157757 |
| 5/17/22 | Client:Holtz | Fisher's Orange Beach, Alabama | Meal Expense/ Adjusted To Holtz | ($183.45) | Captain Belinda Richard Adjusted | 50% Reimbursement Reduction From Meal Expense |
| 5/21/22 | Client:Holtz | Payment to Captain Belinda | Payment From Rick Holtz | ($5,000.00) | Remittance to Account Balance | Collected via Square from Credit Card |
| 5/23/22 | Client:Holtz | Transit | Transit Let's Dance 49ft Azimut Atlantis Motor Yacht | $750.00 | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $250.00 Daily Rate |
| 5/23/22 | Client:Holtz | Travel/Parts Delivery | Travel/Parts Delivery | $750.00 | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $250.00 Daily Rate |
| 5/24/22 | Client:Holtz | Jack Fontenot | RJR Both Drives Rep Belt Star Eng | $705.28 | Captain Belinda Richard Paid | 693227 |
| 5/24/22 | Client:Holtz | Southwest Airlines | Airfare Expense:Travel | $110.00 | Captain Belinda Richard Paid | Capital One Credit Card No.-3740 |
| 5/24/22 | Client:Holtz | Transit | Transit Let's Dance 49ft Azimut Atlantis Motor Yacht | $750.00 | Captain and First Mate Fee Basis | Captain:$500.00 First Mate $250.00 Daily Rate |
| 5/25/22 | Client:Holtz | Palmer Power | Impeller Diesel 0.06 LD8 TAM D64jLP | $303.16 | Captain Belinda Richard Paid | IN-359557 |
| 5/25/22 | Client:Holtz | Jack Fontenot | Delco Battery (s) 950 CA/750 CCA | $607.30 | Captain Belinda Richard Paid | 693228 |